ANTHONY CLINCHY, Appellant, *v.* DANIEL D. BROWN et al.,
as Executors of RACHAEL CLINCHY, Deceased, Respondents.

*Clinchy* v. *Brown,* 137 App. Div. 900, appeal dismissed.
(Argued May 31, 1910; decided June 7, 1910.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered April 12, 1910, affirming a judg-
ment in favor of plaintiff entered upon the report of a referee
appointed to determine the validity of a claim against the
estate of the decedent for services alleged to have been
rendered.

The motion was made upon the ground that the Court of
Appeals had no jurisdiction to entertain the appeal.

*William H. Good* for motion.

*William Ehrlich* opposed.

Motion granted and appeal dismissed, with costs and ten
dollars costs of motion.